## UNITED STATES DISTRICT COURT

### District of Oregon

MARIA ROSENFELD, et al,
P.O. Box 2515
Corvallis, Oregon 97339
Email: rosestudio1@hotmail.com

Vs.

Corvallis Police Department, et al.
 Including: Todd Bailey, Benjamin Harvey,
 Lisa Trimble, Tim McCall, and Brett Roach.
Law Enforcement Building
180 NW Fifth Street
Corvallis, OR 97330

City of Corvallis
501 SW Madison Avenue
Corvallis, OR 97333

Corvallis City Attorney
456 SW Monroe #101
Corvallis, OR 97333

08-6106-AA

## REQUEST FOR Civil Action for Deprivation of Rights

**1.**

Maria Caterina Rosenfeld requests that a Civil Claim be filed in the United States District Court against the Corvallis Police Department, Officer Benjamin Harvey, Officer Lisa Trimble, Officer Tim McCall, Sergeant Todd Bailey and Officer Brett Roach for their actions on April 7, 2006.

**2.**

**This claim hopes to prove violation of U.S. Code 1983 civil Action for Deprivation of Rights: Title, 42, Chapter 21, Subchapter 1983.**

**3.**

**This claim also hopes to prove violation of the First Amendment to the Constitution of the United States of America as the only thing I did was to speak the truth.**

### FIRST AMENDMENT

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

*Maria Caterina Rosenfeld* [signature]

Jury Demand, please

**4.**

I, Caterina Rosenfeld, believe I was falsely arrested by the Corvallis Police Department. I did not commit a crime and Benjamin Harvey intentionally and recklessly inflicted severe mental and emotional distress through his outrageous conduct before and after my false arrest.

**5.**

Benjamin Harvey, Lisa Trimble, Tim McCall and Todd Bailey also created false and misleading police reports concerning this incident and also participated in inflicting severe mental and emotional distress through their outrageous conduct before and after my false arrest.

**6.**

Benjamin Harvey, Todd Bailey, Lisa Trimble, Brett Roach, and Tim McCall all were part of a form of torture of my child in front of me, intentionally inflicting harm to us both.

**7.**

I believe all actions by the police were done with malice and that the falsification of the police reports and my arrest were done in a conspiracy to cover up the fact that they had physically caused harm to my child.

**8.**

Angelina Rosenfeld (a minor, aged sixteen at the time of this incident), and daughter of Maria Caterina Rosenfeld, was approached in a parked vehicle and was told by Officer Tim McCall that she would probably never see her sweetheart and best friend, Brad Johnson again. Angelina Rosenfeld perceived this as a threat of his life or of life-long incarceration of him without cause.

**9.**

Angelina Rosenfeld was also detained and repeatedly questioned without counsel of her parent even after she requested that she not be questioned without her mother present, she was harassed, she had a loaded gun pointed at her face by Officer Lisa Trimble, who failed subsequently to file a police report. Angelina Rosenfeld was menaced, assaulted, suffering battery by a blow to the head with the night stick swung by Officer Tim McCall. Angelina Rosenfeld suffered multiple glass cuts to her face when Officer McCall broke the car window without any warning. Angelina Rosenfeld was arrested and detained.  She was lied to by the police who told her that her mother would not be detained and would be allowed to come to her momentarily.  When Angelina Rosenfeld asked for her mother she was told to get into the back of a police car and her mother would come right over. Angelina Rosenfeld was then removed from the scene and taken to the emergency room against her will and without the accompaniment of her mother.  Angelina Rosenfeld also suffered extreme mental anguish and humiliation as a result of these

2

actions as well as a traumatic brain injury and Posttraumatic Stress Disorder. Angelina Rosenfeld also suffered extreme mental and emotional distress as a result of the following actions against her mother:

**10.**

Caterina Rosenfeld was forced to watch the assault of her daughter (Angelina Rosenfeld) by the Corvallis Police, she was wrongfully detained, not allowed to aid her child or see her after the police assaulted her, wrongfully arrested and suffered humiliation, extreme mental anguish as a result of her wrongful arrest and the menacing, assault, battery, and detention of her minor child.

**11.**

This conduct went beyond all bounds of decency and with the knowledge of the police involved that they would inflict harm and violate my rights as a United States citizen.

**12.**

My liberty was restrained against my will, through force and threat of force, confined first in handcuffs, then in handcuffs and the back of a police car and then in jail without a valid reason and full knowing that my child was suffering without me and that my detention was causing me immeasurable suffering after witnessing her battery and hearing her beg for my presence.

**13.**

For the entire time I did not know the condition or location of my daughter that had been taken away by these violent police after they assaulted and struck her in the head with a night stick full force.

**14.**

I have reason to believe that racial profiling was involved as well as the belief, expressed to me by the officers and their sergeant, Todd Bailey, on a previous occasion that I was "insane" leading me to believe that discrimination was also involved.

**15.**

The Corvallis Police Department incident report which is tied to this claim includes false and misleading information written by the police and does not include reports by Officer Trimble who held a loaded gun to Angelina Rosenfeld's face.

*Maria Caterina Rosenfeld*

3

**16.**

The incident occurred in the parking area south of Michael's Landing Restaurant, off of Tyler Street in Corvallis, Oregon, on April 7, 2006 commencing at approximately 10:30 pm.

**17.**

The full names of the claimants are Maria Caterina Rosenfeld (mother) and Angelina Elena Rosenfeld and the mailing address to which correspondence concerning the claim may be sent is:

Maria Caterina Rosenfeld:  P.O. Box 2515, Corvallis, Oregon 97339

**18.**

**Under threat of perjury, everything I have written is true and correct to the best of my knowledge.**

*Maria Caterina Rosenfeld*         *April 7, 2008*
Maria Caterina Rosenfeld             April 6, 2008

OFFICIAL SEAL
SHELLEY BROWNE
2011

State of OREGON
County of Benton

Signed and sworn to (or affirmed) before me on April 7, 2008 by Maria Caterina Rosenfeld

Notary Public - State of Oregon  *Shelley Browne*

OFFICIAL SEAL
SHELLEY BROWNE
NOTARY PUBLIC - OREGON
COMMISSION NO. 417343
MY COMMISSION EXPIRES JUNE 15, 2011

4